IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

          Plaintiff

-vs-

WILLIAM JEFFREY WADE

          Defendant

: CASE NO. 5:06CR355
:
:
:
:
:
: ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
: HEARING
:

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of William J. Wade which was referred to the Magistrate Judge with the consent of the parties.

    On 19 July 2006, the government filed a two-count indictment against William J. Wade for bank robbery in violation of 18 U.S.C. Section 2113. On 24 August 2007, a hearing was held in which William J. Wade entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr., waived his right to a detention hearing and executed a waiver. On 10 December 2007, Magistrate Judge Vecchiarelli received William J. Wade's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. William J. Wade is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, William J. Wade is adjudged guilty of Counts One and Two in violation of 18 U.S.C. Section 2113.

Sentencing will be:

**25 February 2008 at 2:00 p.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 25 January 2008    /s/ Lesley Wells
UNITED STATES DISTRICT JUDGE